

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-15-00234-CV

**IN THE INTEREST OF J.F.B., E.C., A.J.C., AND A.L.C.,**

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 13-10-0610-CVW
Melissa Uram-Degerolami, Judge Presiding

# O R D E R

Appellee's motion to exceed word limit is hereby GRANTED.

It is so **ORDERED** on September 2, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court